PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS RICKER et al., Appellants.

(Submitted June 26, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 11, 1889, which affirmed a judgment of the Court of Sessions in the county of Queens, entered upon a verdict convicting defendant of the crime of burglary.

*Benjamin W. Downing* for appellants.

*John Fleming,* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.